**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward Kelly Bauman
La Appellate Project
P. O. Box 1641
Lake Charles LA 70602-1641

Danial Lewayne LaFleur DOC 706526
Concordia Par. Corr. Ctr., D Dorm
26356 Hwy 15
Ferriday LA 71334

**REHEARING ACTION: March 8, 2017**

**Docket Number: 16   00467-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DANIAL LEWAYNE LAFLEUR**
**-AKA- DANIEL LAFLEUR**
**-AKA- DANIEL LEE LAFLEUR**
**-AKA- DANIAL LAFLEUR**

**Appealed from Jefferson Davis Parish Case No. CR-702-13**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Billy Howard Ezell**
**D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Danial Lewayne LaFleur** has this day been

**DENIED.**

cc: Hon. Jeffrey M. Landry, Counsel for the Appellee
    Andrea Barient, Counsel for the Appellee